# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### JACKSON DIVISION

**FOXWORTH CORPORATION**                                                   **PLAINTIFFS**
**AND JAMES C. RHODEN AND**
**THOMAS H. RHODEN**

**vs.**                                **CIVIL ACTION NO. 3:06-cv-158 HTW JCS**

**FEDERAL DEPOSIT INSURANCE**                         **DEFENDANTS**
**CORPORATION, AS RECEIVER FOR**
**FOXWORTH BANK**

## ORDER

**THIS DAY** this cause came before the Court on the Motion of the Federal Deposit Insurance Corporation (FDIC), solely in its corporate capacity, for an Order dismissing the case with prejudice. The FDIC as Receiver for Foxworth Bank is not the proper party because the Receivership was terminated October 1, 1995, and no longer exists as a legal entity. The FDIC cannot appear in the capacity in which it was named, because the Receivership no longer exists. Plaintiffs were fully advised of this matter by Notice dated June 26, 2006, and to date have not refiled or amended their complaint.

**IT IS THEREFORE, ORDERED AND ADJUDGED**, that this cause shall be dismissed with prejudice.

**SO ORDERED AND ADJUDGED**, this the 19th day of September, 2006.

                                                       s/ HENRY T. WINGATE
                                                       CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

s/Martha W. McClellan for Charles L.Cope
CHARLES L. COPE
Senior Counsel
Martha W. McClellan
Counsel - Bar No. VA 17255
FDIC
550 17th Street. N.W.
VS - D7060
Washington, DC 20429
(703) 562-2375 - telephone
(703) 562-2477 - fax
mmcclellan@fdic.gov (E-mail)
Attorneys for FDIC, solely in its
Corporate capacity


Order of Dismissal
Civil Action No. 3:06-cv-158 WS